**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:17-cr-124-10** |
| | ) | **Chief Judge Crenshaw** |
| **XAVIER RAPHAEL JENKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

For the reasons stated on the record at the hearing on July 25, 2017, the Government's Motion for Detention (Doc. No. 27) is **DENIED.** The record does not support a finding by a preponderance of the evidence that Defendant presents a serious risk of flight, or a finding by clear and convincing evidence that Defendant would present a danger to himself or the community were he to be released pending trial.

Accordingly, Defendant shall be **RELEASED** under the same terms and conditions set forth in Magistrate Judge Newbern's Order Setting Conditions of Release (Doc. No. 85). Defendant shall appear before Magistrate Judge Newbern who shall process the paperwork for his release.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE